UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA WILKINS, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:15-cv-00819- JLT <br><br> ORDER GRANTING EXTENSION OF TIME <br><br> (Doc. 7) |

On October 30, 2015, the parties filed a stipulation for an extension of time for Plaintiff to serve her confidential letter brief. (Doc. 7)  The Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 3 at 4), and this is the first extension requested by the parties.  Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's request for an extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file serve her confidential letter brief on or before **December 5, 2015**.

IT IS SO ORDERED.

Dated:   **October 30, 2015**               **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

1