# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA WILKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br><br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:15-cv-00819- JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 11) |

　　　　On January 26, 2016, Plaintiff filed a stipulation of the parties to extend time for Plaintiff to file an opening brief. (Doc. 11) Importantly, the scheduling order in this action allows for "a *single* thirty (30) day extension" by stipulation of the parties. (Doc. 3 at 4, emphasis added) This extension was used previously by Plaintiff, who requested an extension of time to prepare a confidential letter brief. (Docs. 7-8) Beyond the single thirty-day extension, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 3 at 4) Further, the parties are cautioned that "[r]equests for modification of th[e] briefing schedule will **not** routinely be granted. (*Id.*, emphasis in original) Therefore, the Court construes the stipulation of the parties to be a motion by Plaintiff for modification of the Court's Scheduling Order.

　　　　Here, the opening brief is currently due February 10, 2016. Plaintiff's counsel, Ms. Sharon Kelly, reports this extension of time is necessary because she "recently attended a California

Applicant's Attorney Association convention and has a heavy trial workload after returning to the office." (Doc. 11 at 2)  Defendant does not oppose the second extension requested.

        Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's second request for an extension of time is **GRANTED**;
2. Plaintiff **SHALL** file an opening brief no later than March 2, 2016; and
3. Plaintiff is cautioned that no further extensions will be granted without the showing of exceptionally good cause.

IT IS SO ORDERED.

    Dated:   **January 27, 2016**　　　　　　　　　　　  /s/ Jennifer L. Thurston
                                                                          UNITED STATES MAGISTRATE JUDGE